■ WILLIAM A. SORG et al., Respondents, v MAYOR OF THE VILLAGE OF MOUNT KISCO et al., Appellants.—Appeal by the defendants from an order of the Supreme Court, Westchester County (Delaney, J.), entered September 29, 1988.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Delaney at the Supreme Court, Westchester County. Brown, J. P., Kooper, Harwood and Balletta, JJ., concur.